UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12CV-21619-MGC

LONGINA BERTI,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

## STIPULATION FOR REMAND

THE PARTIES, by their undersigned counsel hereby stipulate as follows:

1. Plaintiff Longina Berti admits and acknowledges that the injuries and damages she claims to have suffered as a result of the incident referred to in the Complaint have a value less than $75,000 exclusive of interest, attorney's fees and costs. Plaintiff Longina Berti further admits and acknowledges that she does not now and will not in the future seek money damages for said injuries in any amount exceeding the sum of $75,000 and that under no circumstances will any judgment for damages that she may recover for said injuries exceed the amount of $75,000.

2. In consideration of the foregoing admission and acknowledgement of Plaintiff Longina Berti limiting her claimed and recoverable damages, the Defendant Target Corporation hereby acknowledges that the amount in controversy does not exceed the value of $75,000, exclusive of interest, attorney's fees and costs.

CASE NO: 1:12CV-21619-MGC

3. The Parties hereby stipulate to the entry of an Order remanding this case back to the Circuit Court of the 11th Judicial Circuit in for Miami-Dade County, Florida with each party to bear its own attorney's fees and costs.

DATED this 8th day of May, 2012.

| | |
|---|---|
| SEIPP & FLICK, LLP<br>Attorneys for Defendant,<br>Target Corporation<br><br>By: /s/ Charles P. Flick<br>Charles P. Flick (FBN: 253324)<br>Shawn Y. Libman (FBN: 10544)<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, Florida 33134<br>Phone: (305) 995-5600<br>Assist: (305) 995-6086<br>Fax: (305) 995-6100 | LAW OFFICE OF WEISBERG &<br>WEISBERG, P.A.<br>Attorneys for Plaintiff,<br>Longina Berti<br><br>By: /s/ Michael P. Weisberg<br>Michael P. Weisberg (FBN: 106375)<br>1300 Coral Way, Suite 300<br>Miami, Florida 33145<br>Phone: 305-854-0996<br>Fax: 305-403-0440 |